## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

_____

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 26-cv-02456-SRN-DLM |
| STATE OF MINNESOTA and | ) | |
| KEITH ELLISON, in his official capacity | ) | **Expedited Handling** |
| As Minnesota Attorney General | ) | **Requested** |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| _____ | ) | |

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 7.1(d), the United States of America moves for a preliminary injunction. This motion is based on the accompanying memorandum and the entire record of proceedings in this case. This Court should grant the United States' motion and enter the proposed order, which would enjoin Defendants from prosecuting or pursuing *Minnesota v. American Petroleum Institute, et al.*, No. 62-cv-20-3837 (Minn. Dist. Ct.), while this case is pending. The United States respectfully requests expedited handling of this motion.

Dated: May 11, 2026

DANIEL N. ROSEN
United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Respectfully submitted,

STANLEY E. WOODWARD JR.
United States Associate Attorney General

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General

ROBERT N. STANDER
Deputy Assistant Attorney General

s/ John Adams
John K. Adams
Chief of Staff & Senior Counsel
Michael Weisbuch
Senior Counsel
Ian M. Swenson
Counsel
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Telephone: (202) 514-5442
Email John.Adams3@usdoj.gov

2