**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 26-cv-02456-SRN-DLM |
| STATE OF MINNESOTA and | ) | |
| KEITH ELLISON, in his official capacity | ) | |
| as Minnesota Attorney General | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

_____)

**MEET AND CONFER STATEMENT**

As required under Local Rule 7.1, undersigned counsel certify that they met and conferred with counsel for Defendants, Oliver Larson and Peter Surdo, before filing the United States' motion for a preliminary injunction.

Specifically, the United States sent a letter to counsel for Minnesota on April 20, 2026, explaining that *State of Minnesota, by its Attorney General, Keith Ellison v. American Petroleum Institute, et al.*, No. 62-CV-20-3837 (Minn. Dist. Ct.), unlawfully attempts to regulate global greenhouse gas emissions, interferes with the United States' sovereign authority and interests, and obstructs the United States' foreign policy. Minnesota responded by letter on April 22. The parties then spoke by Microsoft Teams on April 24, 2026, during

which undersigned counsel explained that the United States would move for a preliminary injunction.

Based on these efforts, undersigned counsel understand that the parties do not agree on the resolution of any issues raised in this motion.

Dated: May 11, 2026

Respectfully submitted,

s/ John Admas
John K. Adams
Chief of Staff & Senior Counsel
Ian M. Swenson
Counsel
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Telephone: (202) 514-5442
Email John.Adams3@usdoj.gov

2