# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**STATE OF MINNESOTA** and
**KEITH ELLISON**,
_in his official capacity as Minnesota Attorney General_

      Defendants.

Case No. 26-CV-2456 (SRN/DLM)

**BRIEFING ORDER**

_____

Stanley E. Woodward, Jr., Adam R.F. Gustafson, Robert N. Stander, and John K. Adams, DOJ-ENVIRONMENT AND NATURAL RESOURCES DIVISION, U.S. DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue NW, Washington, DC 20530, and Daniel N. Rosen, United States Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Counsel for Plaintiff.

Oliver Larson, Peter Surdo, and Ryan Pesch, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 445 Minnesota Street, Suite 600, Saint Paul, MN 55101, Counsel for Defendants.

_____

This matter is before the Court on the Motion For A Preliminary Injunction filed by the Plaintiff United States of America (Doc. No. 9), a letter filed by counsel for Defendants the State of Minnesota and Attorney General Keith Ellison (Doc. No. 10) (stating the Defendants' intent to file a Motion to Dismiss), and a responsive letter filed by Plaintiff (Doc. No. 17).

- 2 -

Based on the submissions, **IT IS HEREBY ORDERED that**:

1.  Defendant's Motion to Dismiss shall be filed on or before <u>Friday, May 29, 2026</u>;

2.  Responsive briefs to both motions shall be filed on or before <u>Thursday, June 18, 2026</u>; and

3.  Reply briefs to both motions shall be filed on or before <u>Monday, June 29, 2026</u>.

An in-person hearing on both motions will be held on <u>Tuesday, July 21, 2026</u>, at <u>9:30 a.m.</u>, in Courtroom 7B, at the Warren E. Burger Federal Building and U.S. Courthouse, 316 Robert Street North, Saint Paul, Minnesota.

Dated: <u>Wednesday, May 11, 2026</u>

<u>s/ Susan Richard Nelson</u>
Susan Richard Nelson
United States District Judge