# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF MINNESOTA and KEITH ELLISON**, *in his official capacity as Minnesota Attorney General*, et al. <br><br> Defendants. | Case No. 26-CV-2456 (SRN/DLM) <br><br><br> **ORDER** |

This matter is before the court upon the Motion to Appear as Amicus Curiae in Support of Plaintiff filed by the States of Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, West Virginia, and Wyoming (Doc. No. 19).

After due consideration, the motion is **GRANTED**.  The proposed brief *amicus curiae* (Doc. No. 19) is deemed **FILED**.


Dated:  Thursday, May 21, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge