**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect  •  www.ag.state.mn.us

June 9, 2026

*Via e-filing*

The Honorable Susan Richard Nelson
United States District Court
316 N. Robert Street
St. Paul, MN 55101

> **Re:** *United States of America v. State of Minnesota et al*, **0:26-cv-02456-SRN-DLM**

Your Honor:

In the last few days we have received a number of requests for consent from outside parties to participate as amicus in this matter, in support of the United States' position on its motion for a preliminary injunction. The requests have been vague. They have not included a copy of the proposed brief. In some instances, they have not even identified the actual parties submitting the proposed amicus beyond a generic category. The State may have substantive objections to amicus participation once we see who the filers are and what the proposed submissions will be.

One issue that cuts across these proposed submissions, however, is timing.

The State's opposition to the United States' motion for a preliminary injunction is due June 18.[1] Because they are rare, there is no rule controlling the submissions of amicus briefs in a district court. In the court of appeals, Federal Rule of Civil Appellate Procedure Rule 29 controls, and requires that such briefs be filed no more than seven days after the merits brief of the aligned party. Here, that date has long passed for briefs supporting the United States' position on its motion for a preliminary injunction.

Under any scenario, amicus briefs supporting the Unites States' position on the preliminary injunction should be filed sufficiently in advance that they can be addressed in the States' June 18 response, if needed.

The State believes the Court would be well served to deny further amicus participation from parties who have not yet fled their proposed briefs. If the Court is going to consider as-yet-unfiled amicus briefs, the State requests that the Court set a deadline of no later than 5:00 tomorrow, May 10 for the filing of the motion, proposed amicus, and supporting materials. The State requests that the

---

[1] The prior version of this letter incorrectly listed the date for the State's response as June 16, not June 18.



The Office of
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect  •  www.ag.state.mn.us

briefs be limited to no more than 4,000 words given the short time left to review and respond.  The State also requests leave to file a letter opposing specific amicus participation by Friday, May 12 at noon (if necessary).

We have reviewed the amicus request of "Government Accountability & Oversight" (a private NGO, not the government agency) submitted on Monday, June 8.  We do not think it adds anything to the case, but for the same reason, we have no need to respond to any part of it.  We leave it to the Court's discretion on whether to accept the brief.

Sincerely,

OLIVER J. LARSON
Assistant Attorney General