

**U.S. Department of Justice**

---

950 Pennsylvania Ave, NW                                    (202) 514-9500
Washington, DC  20530                          John.Adams5@usdoj.gov

VIA CM/ECF                          June 10, 2026

Hon. Susan Richard Nelson
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:   Response to Defendants' June 9, 2026 Letter (Dkt. 36) in *United States v. State of Minnesota et al.,* No. 26-cv-02456-SRN-DLM

Dear Judge Nelson:

      This case has generated significant public interest due to the national and global effects of Minnesota's lawsuit challenged here. For this reason, the United States does not believe that this Court should shut out amicus participation, but it is not opposed to a schedule or a 4,000-word limit going forward. This Court should allow amici to participate up until one week before the parties' response briefs are due on June 18, 2026. *See* Dkt. 18 ¶ 2. One week is sufficient time for the parties to respond to amici in their response briefs, to the extent a response is warranted. This letter is being submitted with permission from chambers.

           Respectfully submitted,

           /s/ John Adams
           John K Adams
           Deputy Associate Attorney General
           United States Department of Justice