**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br><br>v.<br><br>STATE OF MINNESOTA and<br>KEITH ELLISON, in his official capacity as<br>Minnesota Attorney General,<br><br>     *Defendants*. | No. 26-cv-02456 (SRN-DLM) |

**LOCAL RULE 7.1(F) STATEMENT**

Oliver J. Larson certifies under penalty of perjury that the State's reply memorandum in support of its motion to dismiss is 3,841 words long and complies with Local Rule 7.1(f).  The word count for this certification included all text, including headings, footnotes, and quotations, and was based on the word-count feature of Microsoft® Word for Microsoft 365 MSO (Version 2509 Build 16.0.19231.20246) 32-bit.

Dated: June 29, 2026       /s/ *Oliver J. Larson*
            Oliver J. Larson
            Assistant Attorney General
            Atty Reg. No. 0392946