# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

|                                          |     |                        |
|------------------------------------------|-----|------------------------|
|                                          | )   |                        |
| UNITED STATES OF AMERICA                 | )   |                        |
|                                          | )   |                        |
| _Plaintiff,_                             | )   |                        |
|                                          | )   |                        |
| v.                                       | )   | Civil Action No.       |
|                                          | )   | 26-cv-02456-SRN-DLM    |
| STATE OF MINNESOTA and                   | )   |                        |
| KEITH ELLISON, in his official capacity  | )   |                        |
| as Minnesota Attorney General            | )   |                        |
|                                          | )   |                        |
| _Defendants._                            | )   |                        |
|                                          | )   |                        |

_____)

## CERTIFICATE OF COMPLIANCE

This reply brief complies with Local Rule 7.1 because, excluding the words under Local Rule 7.1(f)(1)(C), it contains 3,233 words in 13-point font, which together with the opening memorandum (8,763 words), does not exceed 12,000 words.

Dated: June 29, 2026          Respectfully submitted,

<u>s/ John Adams</u>

John K. Adams
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave,
NW Washington, D.C. 20530
Telephone: (202) 514-9500
Email: John.Adams5@usdoj.gov