# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. |
| | ) | 26-cv-02456-SRN-DLM |
| STATE OF MINNESOTA and | ) | |
| KEITH ELLISON, in his official capacity | ) | |
| as Minnesota Attorney General | ) | |
| *Defendants.* | ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). The brief has 859 words of type, font size 13.

Dated: June 29, 2026

DANIEL N. ROSEN
United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Respectfully submitted,

STANLEY E. WOODWARD JR.
United States Associate Attorney General

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment and Natural Resources Division

s/ John Adams
JOHN K. ADAMS
Deputy Associate Attorney General
MICHAEL WEISBUCH
Senior Counsel
Office of the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: 202-514-9500
Email John.Adams3@usdoj.gov

IAN M. SWENSON
Counsel
Environment and Natural Resources Division
950 Pennsylvania Ave., NW
U.S. Department of Justice
Washington, D.C. 20530

2