# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. |
| | ) | 26-cv-02456-SRN-DLM |
| STATE OF MINNESOTA and | ) | |
| KEITH ELLISON, in his official capacity | ) | |
| as Minnesota Attorney General | ) | |
| | ) | |
| *Defendants.* | ) | |

_____)

## MEET AND CONFER STATEMENT

Undersigned counsel conferred by email on June 26 and June 29 with counsel for Minnesota concerning the bases for the United States' Motion for Leave to File Rebuttal Declaration of U.S. Deputy Secretary of State. Counsel for Minnesota stated that Minnesota reserves its right to object after reviewing the motion.

Dated: June 29, 2026          Respectfully submitted,

s/ John Adams

John K. Adams
Deputy Associate Attorney General
U.S. Department of Justice

950 Pennsylvania Ave,
NW Washington, D.C. 20530
Telephone: (202) 514-9500
Email: John.Adams5@usdoj.gov