# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 26-cv-02456-SRN-DLM |
| STATE OF MINNESOTA and | ) | |
| KEITH ELLISON, in his official capacity | ) | |
| as Minnesota Attorney General | ) | |
| | ) | |
| *Defendants.* | ) | |

## PROPOSED ORDER

This matter is before the Court on the United States' Motion for Leave to File Rebuttal Declaration of U.S. Deputy Secretary of State. Based upon the briefs and arguments of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1.  The United States' motion is GRANTED.

2.  The proposed rebuttal declaration of U.S. Deputy Secretary of State is entered into the record.

Dated: _____

                                                               _____

The Honorable Susan Richard Nelson
United States District Judge