# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 26-cv-02456-SRN-DLM |
| STATE OF MINNESOTA and | ) | |
| KEITH ELLISON, in his official capacity | ) | |
| as Minnesota Attorney General | ) | |
| | ) | |
| *Defendants.* | ) | |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that at 9:30 am on July 23, 2026, the United States of America will bring a Motion for Leave to File Rebuttal Declaration of U.S. Deputy Secretary of State before the Honorable Susan Richard Nelson, United States District Judge, in Courtroom 7B, United States District Court, 316 N. Robert Street, St. Paul, Minnesota 55101.

Dated: June 30, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

STANLEY E. WOODWARD JR.
United States Associate Attorney General

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment and Natural Resources Division

s/ John Adams
JOHN K. ADAMS
Deputy Associate Attorney General
MICHAEL WEISBUCH
Senior Counsel
Office of the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Telephone: 202-514-9500
Email John.Adams3@usdoj.gov

IAN M. SWENSON
Counsel
Environment and Natural Resources Division
950 Pennsylvania Ave., NW
U.S. Department of Justice
Washington, D.C. 20530

2