# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF MINNESOTA and KEITH ELLISON**, *in his official capacity as Minnesota Attorney General*, et al. <br><br> Defendants. | Case No. 26-CV-2456 (SRN/DLM) <br><br><br><br> **ORDER** |

The United States has sought leave to file a supplemental declaration to which the State of Minnesota does not object, but does request an opportunity to respond if necessary.

Accordingly, the Motion for Leave (Doc. No. 50) is **GRANTED**, and the State of Minnesota will have an opportunity to respond if the Court is persuaded that additional submissions are appropriate.

Dated:  Wednesday, July 1, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge