**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect  •  www.ag.state.mn.us

August 3, 2026

*Via e-filing*

The Honorable Susan Richard Nelson
United States District Court
316 N. Robert Street
St. Paul, MN 55101

> Re:    Notice of Supplemental Authority in *United States of America v. State of Minnesota et al*, 0:26-cv-02456-SRN-DLM

Your Honor:

Minnesota received the United States' proposed notice of supplemental authority dated July 29, 2026. The United States' notice leaves out that the referenced order enjoined the enforcement of a statute that was duly passed and had an effective date of August 1, 2026. The motions for preliminary injunction in that case were also brought by prediction market operators subject to the challenged law and the CFTC, which identified concrete ways its operations had been affected by the legislation.

Sincerely,

/s/ *Ryan Pesch*
RYAN PESCH
Special Assistant Attorney General